IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RACHEL MEEKS,                Case No: 8:21-cv-02878-CEH-AAS

       Plaintiff,
v.

ASSOCIATED INVESTIGATORS, INC., a
Florida for Profit Corporation, and
DAWN CASE, individually,

       Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

Plaintiff, Rachel Meeks, in accordance with the Local Rule 1.07(c), hereby certifies that the instant action:

**_X_**    IS      related to pending or closed civil or criminal case(s) previously filed with this Court, or any other Federal or State Court, or administrative agency as indicated below.

         *Daniel Meeks v. Associated Investigators, Inc., and Dawn Case*; Case No. 8:21-cv-02876-TPB-AAS; involves a different Plaintiff but similar factual allegations as to the asserted FLSA violations against the same Defendants.

___ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 14th day of December, 2021.

Respectfully submitted,

S/ Steven E. Hovsepian
Steven E. Hovsepian
BARBAS, NUÑEZ, SANDERS,
BUTLER & HOVSEPIAN
Lead Counsel, Attorneys for Plaintiff
FL. Bar No. 0091359
1802 W. Cleveland Street
Tampa, FL 33606
Telephone: (813) 254-6575
Facsimile: (813) 254-4690
shovsepian@barbaslaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 14th day of December 2021, I electronically filed the foregoing Notice of Pendency of Other Actions with the Clerk of the Court by using the CM/ECF system.

S/ Steven E. Hovsepian
Steven E. Hovsepian
BARBAS, NUÑEZ, SANDERS,
BUTLER & HOVSEPIAN
Lead Counsel, Attorneys for Plaintiff
FL. Bar No. 0091359
1802 W. Cleveland Street
Tampa, FL 33606
Telephone: (813) 254-6575
Facsimile: (813) 254-4690
shovsepian@barbaslaw.com
