UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RACHEL MEEKS,

    Plaintiff,

v.                                        Case No: 8:21-cv-02878-CEH-AAS

ASSOCIATED INVESTIGATORS, INC., a
Florida for Profit Corporation, and
DAWN CASE, Individually,

    Defendants.

_____/

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07, I certify that the instant action:

__ X __ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Daniel Meeks v. Associated Investigators, Inc., and Dawn Case* Case No. 8:21-cv-02876-TPB-AAS in the United Stated States District Court Middle District of Florida, Tampa Division

____IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 10th day of March, 2022

                                                              Respectfully submitted,

                                                              SPIRE LAW, LLC
                                                              2572 W. State Road 426, Suite 2088
                                                              Oviedo, Florida 32765

                                            By:    /s/ *Ashwin R. Trehan*
                                                                    Ashwin R. Trehan, Esq.
                                                                    Florida Bar No. 42675
                                                                    ashwin@spirelawfirm.com
                                                                    sarah@spirelawfirm.com
                                                                    laura@spirelawfirm.com
                                                                    filings@spirelawfirm.com
                                                                    Attorney for Defendants |
                                                                    Associated Investigators, Inc.
                                                                    and Dawn Case

## CERTIFICATE OF SERVICE

I hereby Certify that on this 10th day of March, 2022, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to: Steven Hovsepian, Esq., shovsepian@barbaslaw.com; Barbas, Nunez, Sanders, Butler & Hovsepian; 1802 W. Cleveland Street Tampa, FL 33606.

                                                                    */s/ Ashwin R. Trehan*
                                                                     Attorney