## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RACHEL MEEKS,

     Plaintiff,

v.

ASSOCIATED INVESTIGATORS, INC.,
a Florida forProfit Corporation,
and DAWN CASE, individually,

     Defendants.

_____/

Case No: 8:21-cv-02878-CEH-AAS

## **ANSWERS TO COURT'S INTERROGATORIES**

Plaintiff, RACHEL MEEKS, in compliance with the Court's Order dated

March 21, 2022 (Doc. 17), files the attached Answers to Court's Interrogatories.

Respectfully submitted,

S/ Steven E. Hovsepian
Steven E. Hovsepian
BARBAS, NUÑEZ, SANDERS,
BUTLER & HOVSEPIAN
Lead Counsel, Attorneys for Plaintiff
FL. Bar No. 0091359
1802 W. Cleveland Street
Tampa, FL 33606
Telephone: (813) 254-6575
Facsimile: (813) 254-4690
shovsepian@barbaslaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of May, 2022, I electronically filed the

attached Answers to Court's Interrogatories with the Clerk of the Court by using the

CM/ECF system, which will also send notice of electronic filing to: Jesse I. Unruh,

Esquire at jesse@spirelawfirm.com.

<div style="margin-left: 40%">

s/ Steven E. Hovsepian
Steven E. Hovsepian
BARBAS, NUÑEZ, SANDERS,
BUTLER & HOVSEPIAN
FL. Bar No. 0091359
1802 W. Cleveland Street
Tampa, FL 33606
Telephone: (813) 254-6575
Facsimile: (813) 254-4690
shovsepian@barbaslaw.com
Attorney for Plaintiff

</div>

## COURT'S INTERROGATORIES TO PLAINTIFF(S)

1.  During what period of time were you employed by the Defendant(s)?

    **ANSWER:**

    I was employed by the Defendants from approximately October 01, 2018 through September 30, 2021.

2.  Who was your immediate supervisor?

    **ANSWER:**

    I reported to Dawn and David Case, the owners.

3.  Did you have a regularly scheduled work period? If so, specify.

    **ANSWER:**

    No, my work schedule varied based on the work.

4.  What was your title or position? Briefly describe your job duties.

    **ANSWER:**

    I do not recall a specific job title, but my duties were primarily office support services; tracking work completed by the Tampa Office; accepting and dispatching orders; skip tracing; tracking inventory of personal property and storage; answer incoming and outgoing calls from clients, transporters, and customers; set appointments for transporter and clients to pickup vehicles and/or personal property; and preparing condition reports.

5.  What was your regular rate of pay?

    **ANSWER:**

    I was paid $10.00 per hour for a 40 hours work week, regardless of the number of hours I actually worked.

6.   What is the nature of your claim (check all that apply)?

   _X_ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time);
   ____ Misclassification (Defendant mistakenly classified you as exempt for over-time);
   ____ Miscalculation (Defendant failed to correctly calculate your compensation);
   _X_ Other (please describe): <u>Unpaid overtime</u>.

7.   Provide an accounting of your claim, including:
     (a)   dates
     (b)   regular hours worked
     (c)   over-time hours worked
     (d)   pay received versus pay claimed
     (e)   total claimed amount

   **ANSWER:**

   Please see attached time records, which are incorporated herein and reflect the unpaid overtime dates/hours totaling 961 hours, which equates to a total due of $28,830.00, including liquidated damages for the wilful violations of the FLSA.

8.   If you have brought this case as a collective action:

     (a) Describe the class of employees you seek to include in this action.
     (b) Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action.

   **ANSWER:**

   Not applicable.

9.   Specify all attorney's fees and costs incurred to date. With respect to attorney's fees, provide the hourly rate (s) sought and the number of hours expended by each person who has billed time to this case.

**ANSWER:**

Attorney's Fees: Incurred to date: $ 4,420.00

| Attorney | . | Hours | Hourly Rate |
|---|---|---|---|
| Steven E. Hovsepian, Esq. | | 13.6 | $325.00 |

Costs to date

$ 869.42

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

   **ANSWER:**

   I believe my first complaint was made to my employer in December of 2018.

11. Was this complaint written or oral?  (If a written complaint, please attach a copy).

   **ANSWER:**

   It was an oral complaint.

12. What was your employer's response? (If a written response, please attach a copy).

   **ANSWER:**

   The employer response was that the additional hours and time would be compensated at some point in the future depending upon financial growth.

Rachel Meeks

State of Florida
County of Hillsborough

BEFORE ME, the undersigned authority, on this day, personally appeared Rachel Meeks, who being first duly sworn, and ✓ who is personally known to me or _____ who produced _____ as identification, deposes and says that she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this 25ᵗʰ day of April, 2022.

NOTARY PUBLIC

Signature of Person Taking Acknowledgment
Print name: Linda Jo Amey Moore
Title: Notary Public
Serial No. (If any) GG793560 /
Commission Expires: 12/1/2023

Notary Stamp



LINDA JO AMEY MOORE
Commission # GG 935601
Expires December 1, 2023
Bonded Thru Budget Notary Services

# 2019 EMPLOYEE TIMECARD

| | |
|---|---|
| Employee Name: | Rachel Meeks |
| Manager: | |
| E-mail: | RachelMTampa@gmail.com |
| Phone: | 813-267-9444 |

| | |
|---|---|
| Regular hrs.: | 2120 |
| Overtime hrs.: | 338 |
| Total | 2458 |

## Employee Timecard: Daily, Weekly, Monthly, Yearly

### January, February, March

**January**

| January | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | | | 8.0 | | 8.0 | | 10.0 | | 10.0 | |
| Tuesday | | | 10.0 | | 8.0 | | 10.0 | | 10.0 | |
| Wednesday | 10.0 | | 10.0 | | 11.0 | | 8.0 | | 9.0 | |
| Thursday | 10.0 | | 8.0 | | 10.0 | | 9.0 | | 11.0 | 1.0 |
| Friday | 10.0 | | 4.0 | 4.0 | 3.0 | | 3.0 | 5.0 | | 5.0 |
| Saturday | | | | | | | | | | |
| Sunday | 5.0 | 3.0 | | | | 2.0 | | 5.0 | | |
| **Total weekly hours** | 40.0 | 3.0 | 40.0 | 4.0 | 40.0 | 2.0 | 40.0 | 12.0 | 40.0 | 6.0 |

Jan. Total: Regular hours **200.0**  Jan. total: Overtime **30.0**

**February**

| February | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 10.0 | | 8.0 | | 8.0 | | 11.0 | | | |
| Tuesday | 9.0 | 2.0 | 10.0 | | 8.0 | | 8.0 | | | |
| Wednesday | 10.0 | | 9.0 | | 8.0 | | 10.0 | | | |
| Thursday | 9.0 | | 8.0 | | 8.0 | | 8.0 | | | |
| Friday | 2.0 | 4.0 | 5.0 | 2.0 | | 3.0 | 3.0 | | | |
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| **Total weekly hours** | 40.0 | 6.0 | 40.0 | 2.0 | 40.0 | 2.0 | 40.0 | 3.0 | 0.0 | 0.0 |

Feb. total: Regular hours **160.0**  Feb. total: Overtime **11.0**

**March**

| March | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 10.0 | | 9.0 | | 9.0 | | 8.0 | | | |
| Tuesday | 11.0 | | 7.0 | | 8.0 | | 11.0 | | | |
| Wednesday | 9.0 | | 10.0 | | 8.0 | | 10.0 | | | |
| Thursday | 10.0 | 4.0 | 8.0 | | 11.0 | | 8.0 | | | |
| Friday | 3.0 | 5.0 | 6.0 | 2.0 | 4.0 | 4.0 | 3.0 | 4.0 | | |
| Saturday | | | 3.0 | 2.0 | | | | | | |
| Sunday | | | 8.0 | | | | | | | |
| **Total weekly hours** | 40.0 | 4.0 | 40.0 | 4.0 | 40.0 | 4.0 | 40.0 | 4.0 | 0.0 | 0.0 |

Mar. total: Regular hours **160.0**  Mar. total: Overtime **20.0**

### April, May, June

**April**

| April | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 11.0 | | 12.0 | | 10.0 | | 9.0 | | 8.0 | |
| Tuesday | 8.0 | | 7.0 | | 11.0 | | 8.0 | | 10.0 | |
| Wednesday | 10.0 | | 8.0 | | 8.0 | | 10.0 | | 7.0 | |
| Thursday | 8.0 | 4.0 | 9.0 | | 8.0 | 3.0 | 10.0 | 4.0 | 10.0 | 4.0 |
| Friday | 3.0 | 2.0 | 4.0 | 2.0 | 3.0 | | 3.0 | 2.0 | 5.0 | 2.0 |
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |

**Total weekly hours** — 40.0 | 6.0 | 40.0 | 2.0 | 40.0 | 5.0 | 40.0 | 6.0 | 40.0 | 11.0

**Apr. total: Regular hours** 200.0   **Apr. total: Overtime** 30.0

### May

| May | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 11.0 | | 10.0 | | 9.0 | | 8.0 | | | |
| Tuesday | 10.0 | | 9.0 | | 10.0 | | 10.0 | | | |
| Wednesday | 10.0 | | 8.0 | | 10.0 | | 10.0 | | | |
| Thursday | 9.0 | | 11.0 | | 9.0 | | 9.0 | | | |
| Friday | | 8.0 | 2.0 | 4.0 | 2.0 | 6.0 | | | | |
| Saturday | | 2.0 | | | | | | 3.0 | | |
| Sunday | | | | 3.0 | | | | | | |
| **Total weekly hours** | 40.0 | 10.0 | 40.0 | 7.0 | 40.0 | 6.0 | 40.0 | 3.0 | 0.0 | 0.0 |

**May total: Regular hours** 160.0   **May total: Overtime** 26.0

### June

| June | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 11.0 | | 10.0 | | 10.0 | | 6.0 | | | |
| Tuesday | 10.0 | | 9.0 | | 10.0 | | 11.0 | | | |
| Wednesday | 11.0 | | 11.0 | | 9.0 | | 16.0 | | | |
| Thursday | 8.0 | | 8.0 | | 9.0 | | 6.0 | | | |
| Friday | | | 2.0 | | 2.0 | | 1.0 | | | 2.0 |
| Saturday | | 5.0 | | | | | | | | 5.0 |
| Sunday | | | | | | | | 1.0 | | 3.0 |
| | | | | | | | | | | 3.0 |
| **Total weekly hours** | 40.0 | 5.0 | 40.0 | 6.0 | 40.0 | 7.0 | 40.0 | 8.0 | 0.0 | 12.0 |

**Jun. total: Regular hours** 160.0   **Jun. total: Overtime** 31.0

## Employee Timecard: Daily, Weekly, Monthly, Yearly

### July, August, September

| July | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 10.0 | | 8.0 | | 10.0 | | 9.0 | | 9.0 | |
| Tuesday | 11.0 | | 10.0 | | 11.0 | | 10.0 | | 10.0 | |
| Wednesday | 10.0 | | 8.0 | | 11.0 | | 8.0 | | 11.0 | |
| Thursday | 8.0 | | 10.0 | | 8.0 | | 9.0 | | 8.0 | |
| Friday | 1.0 | 5.0 | 4.0 | | | 4.0 | 4.0 | | 2.0 | 4.0 |
| Saturday | | 5.0 | | | | 2.0 | | | | 2.0 |
| Sunday | | 4.0 | | | | | | | | 6.0 |
| **Total weekly hours** | 40.0 | 14.0 | 40.0 | 6.0 | 40.0 | 6.0 | 40.0 | 9.0 | 40.0 | 12.0 |

**Jul. total: Regular hours** 200.0   **Jul. total: Overtime** 46.0

| August | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 9.0 | | 7.0 | | 7.0 | | 9.0 | | 9.0 | |
| Tuesday | 8.0 | | 10.0 | | 10.0 | | 10.0 | | 10.0 | |
| Wednesday | 9.0 | | 11.0 | | 10.0 | | 11.0 | | 11.0 | |
| Thursday | 9.0 | | 8.0 | | 9.0 | | 9.0 | | 8.0 | |
| Friday | 5.0 | | 4.0 | | 4.0 | | 1.0 | 6.0 | 2.0 | |
| Saturday | | 2.0 | | | | 4.0 | | | | |
| Sunday | | | | | | | | | | 4.0 |
| **Total weekly hours** | 40.0 | 2.0 | 40.0 | 4.0 | 40.0 | 4.0 | 40.0 | 6.0 | 40.0 | 0.0 |

**Aug. total: Regular hours** 160.0   **Aug. total: Overtime** 16.0

## Employee Timecard: Daily, Weekly, Monthly, Yearly

| September | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 6.0 | | 8.0 | | 9.0 | | 8.0 | | 9.0 | |
| Tuesday | 10.0 | | 10.0 | | 10.0 | | 8.0 | | 9.0 | |
| Wednesday | 10.0 | | 9.0 | | 9.0 | | 10.0 | | 10.0 | |
| Thursday | 8.0 | | 9.0 | | 8.0 | | 10.0 | | 8.0 | |
| Friday | 6.0 | | 4.0 | 2.0 | 4.0 | | 4.0 | 4.0 | 4.0 | 2.0 |
| Saturday | | | | | | | | 2.0 | | |
| Sunday | | | | | | | | | | |
| Total weekly hours | 40.0 | 3.0 | 40.0 | 2.0 | 40.0 | 5.0 | 40.0 | 6.0 | 40.0 | 2.0 |

Sep. total: Regular hours 200.0    Sep. total: Overtime 19.0

### October, November, December

| October | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 10.0 | | 8.0 | | 9.0 | | 10.0 | | | |
| Tuesday | 9.0 | | 9.0 | | 9.0 | | 11.0 | | | |
| Wednesday | 10.0 | | 10.0 | | 10.0 | | 9.0 | | | |
| Thursday | 9.0 | | 11.0 | | 8.0 | | 10.0 | | | |
| Friday | 2.0 | | 2.0 | | 4.0 | 5.0 | | 6.0 | | |
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Total weekly hours | 40.0 | 5.0 | 40.0 | 5.0 | 40.0 | 4.0 | 40.0 | 6.0 | 40.0 | |

Oct. total: Regular hours 160.0    Oct. total: Overtime 20.0

| November | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 8.0 | | 8.0 | | 10.0 | | 10.0 | | | |
| Tuesday | 8.0 | | 9.0 | | 11.0 | | 16.0 | | | |
| Wednesday | 10.0 | | 8.0 | | 10.0 | | 6.0 | | | |
| Thursday | 10.0 | | 9.0 | | 9.0 | | 8.0 | | | |
| Friday | 4.0 | | 6.0 | | | | | 3.0 | | 2.0 |
| Saturday | | | | | | | | 8.0 | | 10.0 |
| Sunday | | | | | | | | 2.0 | | |
| Total weekly hours | 40.0 | 3.0 | 40.0 | 3.0 | 40.0 | 2.0 | 40.0 | 13.0 | | 12.0 |

Nov. total: Regular hours 160.0    Nov. total: Overtime 30.0

| December | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 10.0 | | 10.0 | | 10.0 | | 9.0 | | 15.0 | 6.0 |
| Tuesday | 10.0 | | 11.0 | | 7.0 | 7.0 | | | 4.0 | |
| Wednesday | 11.0 | | 10.0 | | 11.0 | 8.0 | 8.0 | | 8.0 | |
| Thursday | 9.0 | 6.0 | 9.0 | 9.0 | 10.0 | 4.0 | 11.0 | | 11.0 | 4.0 |
| Friday | | | | | 2.0 | | 11.0 | | 2.0 | 9.0 |
| Saturday | | | | | | | | 4.0 | | |
| Sunday | | 3.0 | | | | | 1.0 | | | |
| Total weekly hours | 40.0 | 9.0 | 40.0 | 9.0 | 40.0 | 19.0 | 40.0 | 4.0 | 40.0 | 15.0 |

Dec. total: Regular hours 200.0    Dec. total: Overtime 59.0

# 2020 EMPLOYEE TIMECARD

Employee Name: Rachel Meeks
Manager:
E-mail: RachelMTampa@gmail.com
Phone: 813-267-0444

Regular hrs.: 1749
Overtime hrs.: 440
Total: 2189

## January, February, March

### January

| | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 11.0 | | 11.0 | | 11.0 | | 12.0 | | | |
| Tuesday | 10.0 | 2.0 | 11.0 | | 10.0 | | 12.0 | | | |
| Wednesday | 10.0 | | 12.0 | | 10.0 | | 11.0 | | | |
| Thursday | 9.0 | | 6.0 | | 8.0 | | 5.0 | 5.0 | | |
| Friday | | | | 5.0 | 1.0 | | | 10.0 | | |
| Saturday | | 10.0 | | 9.0 | | 6.0 | | | | |
| Sunday | | 3.0 | | | | 4.0 | | 3.0 | | |
| **Total weekly hours** | 40.0 | 15.0 | 40.0 | 14.0 | 40.0 | 10.0 | 40.0 | 18.0 | 0.0 | 0.0 |

Jan. Total: Regular hours 160.0   Jan. totals: Overtime 57.0

### February

| | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime 2 | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 10.0 | | 9.0 | | 10.0 | | 10.0 | | | |
| Tuesday | 16.0 | | 11.0 | | 11.0 | | 11.0 | | | |
| Wednesday | 11.0 | | 10.0 | | 9.0 | | 10.0 | | | |
| Thursday | 3.0 | | 10.0 | 10.0 | 10.0 | 10.0 | 9.0 | | | |
| Friday | | | | | | | | | | |
| Saturday | | 7.0 | | | | | | 9.0 | | |
| Sunday | | 10.0 | | | | 4.0 | | 4.0 | | |
| **Total weekly hours** | 40.0 | 17.0 | 40.0 | 10.0 | 40.0 | 14.0 | 40.0 | 13.0 | 0.0 | 0.0 |

Feb. total: Regular hours 160.0   Feb. total: Overtime 54.0

### March

| | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 10.0 | | 10.0 | | | | | | | |
| Tuesday | 11.0 | | 9.0 | | | | | | | |
| Wednesday | 11.0 | | 11.0 | | | | | | | |
| Thursday | 8.0 | | 8.0 | 8.0 | | | | | | |
| Friday | | | 2.0 | | | | | | | |
| Saturday | | 8.0 | | | | | | | | |
| Sunday | | | | | | | | | | |
| **Total weekly hours** | 40.0 | 8.0 | 40.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Mar. total: Regular hours 80.0   Mar. total: Overtime 14.0

## April, May, June

### April

| | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |

| Total weekly hours | | | | | | |
|---|---|---|---|---|---|---|
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

**Apr. total: Regular hours** 0.0   **Apr. total: Overtime** 0.0

| May | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | | | 16.0 | | 10.0 | | 9.0 | | | |
| Tuesday | | | 11.0 | | 11.0 | | 8.0 | | | |
| Wednesday | | | 10.0 | | 11.0 | | 10.0 | | | |
| Thursday | | | 3.0 | | 8.0 | 7.0 | 10.0 | | 5.0 | |
| Friday | | | | | | 9.0 | 3.0 | | 2.0 | |
| Saturday | | | | | | | | | 2.0 | |
| Sunday | | | | | | | | 2.0 | | |
| **Total weekly hours** | 0.0 | | 40.0 | | 40.0 | 7.0 | 40.0 | 9.0 | 9.0 | 0.0 |

**May, total: Regular hours** 120.0   **May, total: Overtime** 37.0

| June | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 10.0 | | 9.0 | | 11.0 | | 8.0 | | 9.0 | |
| Tuesday | 9.0 | | 10.0 | | 10.0 | | 8.0 | | 11.0 | |
| Wednesday | 11.0 | | 10.0 | | 10.0 | | 8.0 | | 10.0 | |
| Thursday | 10.0 | | 9.0 | 8.0 | | | 8.0 | | 10.0 | 6.0 |
| Friday | | | 2.0 | | | 7.0 | 8.0 | | | 8.0 |
| Saturday | | | | | | | | | | |
| Sunday | | | 2.0 | | | | | | | |
| **Total weekly hours** | 40.0 | | 40.0 | 8.0 | 31.0 | 7.0 | 40.0 | 0.0 | 40.0 | 14.0 |

vacation

**Jun. total: Regular hours** 191.0   **Jun. total: Overtime** 31.0

## July, August, September

### Employee Timecard: Daily, Weekly, Monthly, Yearly

| July | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 11.0 | | 10.0 | | 10.0 | | 9.0 | | 9.0 | |
| Tuesday | 10.0 | | 10.0 | | 11.0 | | 10.0 | | 11.0 | |
| Wednesday | 10.0 | | 11.0 | | 9.0 | | 11.0 | | 10.0 | |
| Thursday | 9.0 | 10.0 | 9.0 | | 10.0 | 8.0 | 10.0 | 7.0 | 10.0 | |
| Friday | | | | | | | | | | |
| Saturday | | | | | | | | 4.0 | | |
| Sunday | | 4.0 | | 8.0 | | 9.0 | | 11.0 | | |
| **Total weekly hours** | 40.0 | 14.0 | 40.0 | 8.0 | 40.0 | 8.0 | 40.0 | 11.0 | 40.0 | 0.0 |

**Jul. total: Regular hours** 160.0   **Jul. total: Overtime** 42.0

| August | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 11.0 | | 9.0 | | 10.0 | | 9.0 | | 9.0 | |
| Tuesday | 8.0 | | 9.0 | | 10.0 | | 10.0 | | 10.0 | |
| Wednesday | 11.0 | | 11.0 | | 11.0 | | 10.0 | | 10.0 | |
| Thursday | 9.0 | 7.0 | 11.0 | | 9.0 | 8.0 | 9.0 | | 9.0 | 3.0 |
| Friday | 1.0 | | | | | | 2.0 | 6.0 | | 10.0 |
| Saturday | | | | | | | | | | 2.0 |
| Sunday | | 4.0 | | | | 8.0 | | 4.0 | | |
| **Total weekly hours** | 40.0 | 11.0 | 40.0 | 0.0 | 40.0 | 8.0 | 40.0 | 10.0 | 38.0 | 15.0 |

**Aug. total: Regular hours** 198.0   **Aug. total: Overtime** 52.0

## September

| | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 8.0 | | 11.0 | | 10.0 | | 10.0 | | | |
| Tuesday | 9.0 | | 10.0 | | 8.0 | | 10.0 | | | |
| Wednesday | 9.0 | | 10.0 | | 10.0 | | 10.0 | | | |
| Thursday | 11.0 | | 9.0 | | 10.0 | | 10.0 | | | |
| Friday | 3.0 | | | 9.0 | 2.0 | 6.0 | | 10.0 | | |
| Saturday | | | | 3.0 | | | | | | |
| Sunday | | | | | | | | | | |
| **Total weekly hours** | 40.0 | | 40.0 | 12.0 | 40.0 | 6.0 | 40.0 | | 0.0 | 0.0 |

**Sep. total: Regular hours** 160.0  **Sep. total: Overtime** 34.0

## October, November, December

# Employee Timecard: Daily, Weekly, Monthly, Yearly

## October

| | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 11.0 | | 10.0 | | 11.0 | | 10.0 | | | |
| Tuesday | 9.0 | | 11.0 | | 9.0 | | 9.0 | | | |
| Wednesday | 11.0 | | 10.0 | | 10.0 | | 11.0 | | | |
| Thursday | 9.0 | | 9.0 | | 8.0 | | 10.0 | 3.0 | | |
| Friday | | 4.0 | | | 2.0 | 8.0 | | 9.0 | | |
| Saturday | | 10.0 | | | | | | 2.0 | | |
| Sunday | | | | | | | | 3.0 | | |
| **Total weekly hours** | 40.0 | 14.0 | 40.0 | | 40.0 | 8.0 | 40.0 | 17.0 | 0.0 | 0.0 |

**Oct. total: Regular hours** 160.0  **Oct. total: Overtime** 45.0

## November

| | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 11.0 | | 10.0 | | 11.0 | | 10.0 | | 10.0 | |
| Tuesday | 10.0 | | 11.0 | | 11.0 | | 10.0 | | 11.0 | |
| Wednesday | 9.0 | | 10.0 | | 10.0 | | 10.0 | | 10.0 | |
| Thursday | 10.0 | | 9.0 | | 8.0 | 1.0 | 8.0 | | 8.0 | |
| Friday | | | | 9.0 | | 9.0 | | 8.0 | 1.0 | 10.0 |
| Saturday | | | | 2.0 | | | 2.0 | | | |
| Sunday | | | | | | | | | | |
| **Total weekly hours** | 40.0 | | 40.0 | 11.0 | 40.0 | 10.0 | 40.0 | 8.0 | 40.0 | 10.0 |

**Nov. total: Regular hours** 200.0  **Nov. total: Overtime** 48.0

## December

| | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 10.0 | | 10.0 | | 10.0 | | 10.0 | | 10.0 | |
| Tuesday | 10.0 | | 9.0 | | 10.0 | | 10.0 | | 11.0 | |
| Wednesday | 9.0 | | 9.0 | | 10.0 | | 10.0 | | 10.0 | |
| Thursday | 10.0 | | 10.0 | | 8.0 | | 10.0 | | 8.0 | |
| Friday | 1.0 | 6.0 | 2.0 | | 2.0 | 6.0 | | | 1.0 | 8.0 |
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| **Total weekly hours** | 40.0 | 6.0 | 40.0 | | 40.0 | 6.0 | 40.0 | | 40.0 | 8.0 |

**Dec. total: Regular hours** 160.0  **Dec. total: Overtime** 26.0

# 2021 EMPLOYEE TIMECARD

| | |
|---|---|
| Employee Name: | Rachel Meeks |
| Manager: | |
| E-mail: | Rachelmtampa@gmail.com |
| Phone: | 813-267-0444 |

| | |
|---|---|
| Regular hrs.: | 1538 |
| Overtime hrs.: | 219 |
| Total: | 1757 |

## January, February, March — Employee Timecard: Daily, Weekly, Monthly, Yearly

| January | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 8.0 | | 10.0 | | 10.0 | | 8.0 | | | |
| Tuesday | 10.0 | | 11.0 | | 10.0 | | 10.0 | | | |
| Wednesday | 10.0 | | 10.0 | | 10.0 | | 10.0 | | | |
| Thursday | 10.0 | | 9.0 | | 10.0 | | 9.0 | | | |
| Friday | 2.0 | | | | | 8.0 | 3.0 | 6.0 | | |
| Saturday | | 6.0 | | | | | | | | |
| Sunday | | | | | | | | | | |
| Total weekly hours | 40.0 | 6.0 | 40.0 | | 40.0 | 8.0 | 40.0 | 6.0 | 0.0 | 0.0 |

Jan. Total: Regular hours 160.0  Jan. total: Overtime 28.0

| February | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 10.0 | | 10.0 | | 10.0 | | 9.0 | | | |
| Tuesday | 10.0 | | 9.0 | | 10.0 | | 8.0 | | | |
| Wednesday | 10.0 | | 9.0 | | 10.0 | | 12.0 | | | |
| Thursday | 8.0 | | 10.0 | | 9.0 | | 9.0 | | | |
| Friday | 2.0 | 5.0 | 2.0 | 6.0 | 2.0 | 4.0 | 2.0 | 5.0 | | |
| Saturday | | | | | | | | | 2.0 | |
| Sunday | | | | | | | | | | |
| Total weekly hours | 40.0 | 5.0 | 40.0 | 6.0 | 40.0 | 4.0 | 40.0 | 7.0 | 0.0 | 0.0 |

Feb. total: Regular hours 160.0  Feb. total: Overtime 22.0

| March | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime 2 | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 9.0 | | 8.0 | | 8.0 | | | | 8.0 | | 11.0 | |
| Tuesday | 11.0 | | 11.0 | | 8.0 | | | | 10.0 | | 8.0 | |
| Wednesday | 10.0 | | 11.0 | | 12.0 | | | 10.0 | 11.0 | | 11.0 | |
| Thursday | 8.0 | | 8.0 | | 12.0 | | | 8.0 | 10.0 | | 9.0 | |
| Friday | 2.0 | 6.0 | 2.0 | 5.0 | | | | | 1.0 | 5.0 | 1.0 | 5.0 |
| Saturday | | | 6.0 | | | | | | | | | |
| Sunday | | | | 2.0 | | 2.0 | | | | | | |
| Total weekly hours | 40.0 | 6.0 | 40.0 | 7.0 | 40.0 | | 18.0 | 40.0 | | 40.0 | | 40.0 |

Mar. total: Regular hours 200.0  Mar. total: Overtime 47.0

## April, May, June — Employee Timecard: Daily, Weekly, Monthly, Yearly

| April | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 10.0 | | 9.0 | | 8.0 | | 8.0 | | 11.0 | |
| Tuesday | 9.0 | | 10.0 | | 10.0 | | 8.0 | | 8.0 | |
| Wednesday | 9.0 | | 8.0 | | 10.0 | | 12.0 | | 11.0 | |
| Thursday | 7.0 | | 10.0 | | 10.0 | | 8.0 | | 9.0 | |
| Friday | 5.0 | 3.0 | 3.0 | 5.0 | 2.0 | 5.0 | 4.0 | 4.0 | 1.0 | |
| Saturday | 9.0 | | | | | | | | | |
| Sunday | | | | | | | | | | |

| Total weekly hours | 40.0 | 12.0 | 40.0 | 9.0 | 40.0 | 5.0 | 40.0 | 4.0 | 0.0 | 0.0 |

**Apr. total: Regular hours** 160.0     **Apr. total: Overtime** 30.0

| May | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 10.0 | | 8.0 | | 11.0 | | 8.0 | | | |
| Tuesday | 10.0 | | 10.0 | | 12.0 | | 12.0 | | | |
| Wednesday | 10.0 | | 9.0 | | 8.0 | | 13.0 | | | |
| Thursday | 9.0 | | 8.0 | | 8.0 | | 7.0 | 7.0 | | |
| Friday | 1.0 | | 5.0 | | 1.0 | | 2.0 | | | |
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Total weekly hours | 40.0 | 5.0 | 40.0 | | 40.0 | 4.0 | 40.0 | | 0.0 | 0.0 |

**May. total: Regular hours** 160.0     **May. total: Overtime** 29.0

| June | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 5.0 | | 10.0 | | 10.0 | | 10.0 | | 11.0 | |
| Tuesday | 10.0 | | 10.0 | | 10.0 | | 10.0 | | 10.0 | |
| Wednesday | 12.0 | | 10.0 | | 8.0 | | 10.0 | | 11.0 | |
| Thursday | 9.0 | | 8.0 | | 10.0 | | 8.0 | 8.0 | 8.0 | 6.0 |
| Friday | 4.0 | 3.0 | 2.0 | | 2.0 | 4.0 | 2.0 | | | 8.0 |
| Saturday | | | | | | | | | 3.0 | |
| Sunday | | | | | | | | | | |
| Total weekly hours | 40.0 | 3.0 | 40.0 | | 40.0 | 4.0 | 40.0 | 4.0 | 40.0 | 14.0 |

**Jun. total: Regular hours** 200.0     **Jun. total: Overtime** 36.0

# Employee Timecard: Daily, Weekly, Monthly, Yearly

## July, August, September

| July | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 6.0 | | 10.0 | | 12.0 | | 9.0 | | | |
| Tuesday | 10.0 | | 9.0 | | 9.0 | | 10.0 | | | |
| Wednesday | 10.0 | | 9.0 | | 10.0 | | 10.0 | | | |
| Thursday | 10.0 | | 8.0 | | 9.0 | | 9.0 | 1.0 | | |
| Friday | 4.0 | 4.0 | 4.0 | 4.0 | | | 2.0 | 7.0 | | |
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Total weekly hours | 40.0 | 4.0 | 40.0 | 4.0 | 40.0 | 5.0 | 40.0 | 8.0 | 0.0 | 0.0 |

**Jul. total: Regular hours** 160.0     **Jul. total: Overtime** 21.0

| August | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 10.0 | | 9.0 | | 8.0 | | 8.0 | | 8.0 | |
| Tuesday | 10.0 | | 9.0 | | 8.0 | | 8.0 | | 8.0 | |
| Wednesday | 9.0 | | | | 8.0 | | 8.0 | | 8.0 | |
| Thursday | 10.0 | 6.0 | | | 8.0 | | 8.0 | | 8.0 | |
| Friday | 1.0 | | | | 8.0 | | 8.0 | | 8.0 | |
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Total weekly hours | 40.0 | 6.0 | 18.0 | | 40.0 | | 40.0 | | 40.0 | 0.0 |

**Aug. total: Regular hours** 178.0     **Aug. total: Overtime** 6.0

## Employee Timecard: Daily, Weekly, Monthly, Yearly

### September

| September | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 8.0 | | 8.0 | | 8.0 | | 8.0 | | | |
| Tuesday | 8.0 | | 8.0 | | 8.0 | | 8.0 | | | |
| Wednesday | 8.0 | | 8.0 | | 8.0 | | 8.0 | | | |
| Thursday | 8.0 | | 8.0 | | 8.0 | | 8.0 | | | |
| Friday | 8.0 | | 8.0 | | 8.0 | | 8.0 | | | |
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Total weekly hours | 40.0 | 0.0 | 40.0 | 0.0 | 40.0 | 0.0 | 40.0 | 0.0 | 0.0 | 0.0 |

Sep. total: Regular hours **160.0** Sep. total: Overtime **0.0**

### October, November, December

| October | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Total weekly hours | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Oct. total: Regular hours **0.0** Oct. total: Overtime **0.0**

| November | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Total weekly hours | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Nov. total: Regular hours **0.0** Nov. total: Overtime **0.0**

| December | Week 1 | Overtime | Week 2 | Overtime | Week 3 | Overtime | Week 4 | Overtime | Week 5 | Overtime |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| Total weekly hours | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Dec. total: Regular hours **0.0** Dec. total: Overtime **0.0**