# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RACHEL MEEKS,

    Plaintiff,

v.                                                 Case No: 8:21-cv-2878-CEH-MRM

ASSOCIATED INVESTIGATORS,
INC. and DAWN CASE,

    Defendants.
_____/

## O R D E R

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mac R. McCoy on January 25, 2023 (Doc. 37). In the Report and Recommendation, Magistrate Judge McCoy recommends that the Court grant the parties' Renewed Joint Motion to Approve FLSA Settlement and Dismiss with Prejudice (Doc. 36). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 37) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Renewed Joint Motion to Approve FLSA Settlement and Dismiss with Prejudice (Doc. 36) is **GRANTED.** The Settlement Agreement (Doc. 36 - Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on February 13, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Mac R. McCoy
Counsel of Record